## DE ROE v. SMITH, appellant.

*Usury — cannot be set up by joint-stock company — nor by accommodation indorsers of such company's notes.*

In an action on a promissory note against S. as president of the Rochester Towing Company and others as indorsers thereof, the defendants set up the defense of usury, alleging that the company was a partnership and not a joint-stock company, and that the indorsers were accommodation indorsers. *Held*, (1) that the company was a joint-stock company, possessing, under the statutes, certain powers of corporations (*Robbins* v. *Wells*, 18 Abb. 191; *Waterbury* v. *Merch. U. Exp. Co.*, 3 Abb. N. S. 163); and (2) could not, therefore, interpose the defense of usury; and (3) as that defense was unavailing to the company, it could not avail the indorsers. *Rosa* v. *Butterfield*, 33 N. Y. 665; *Belmont Br. Bank* v. *Hodge*, 35 id. 65.

APPEAL from a judgment for plaintiff entered upon the report of a referee. The action was brought by George T. De Roe against Roswell B. Smith, as president of the Rochester Towing Company, and others, upon a promissory note made by said company, and indorsed by the other defendants.

*W. & J. D. Kernan*, for appellants.

*C. D. Adams*, for respondent.

GILBERT, J.

The head-note fully states the only points passed upon in the opinion.

*Judgment affirmed.*